IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHELE W. BRAUMAN,

   Appellant,

 v.             Case No.  5D22-351
                 LT Case No. 2019-DR-001679

KEITH A. BRAUMAN,

   Appellee.

_____/

Decision filed January 31, 2023

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Michele W. Brauman, Winter Park, pro se.

Lisa R. Patten, of Patten Lewis, Orlando,
for Appellee.


PER CURIAM.

  AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.